IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGHLAND PARK CARE CENTER, LLC, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) | No. 2:18-cv-01673-PJP |
| v. | ) ) | *Honorable Judge J. Nicholas Ranjan* |
| CAMPMED CASUALTY & INDEMNITY COMPANY OF MARYLAND, INC., | ) ) ) ) | ***ELECTRONICALLY FILED*** |
| Defendant. | ) | ***JURY TRIAL DEMANDED*** |

## STIPULATION OF DISMISSAL

It is agreed by and between the parties that the above-captioned case is settled and resolved and the lawsuit and any and all claims relative to the lawsuit are dismissed with prejudice.

| | |
|---|---|
| CAMPMED CASUALTY & INDEMNITY COMPANY OF MARYLAND, INC. | HIGHLAND PARK CARE CENTER, LLC |
| | |
| /s/ Kenneth S. Mroz, Esquire
PA ID #32218
SWARTZ CAMPBELL, LLC
Koppers Building, 7th and 8th Floors
436 Seventh Avenue
Pittsburgh, PA 15219
(412) 227-5717 | /s/ Alan T. Silko, Esquire
PA ID #46837
SILKO & ASSOCIATES, P.C.
80 Emerson Lane, Suite 1305
Bridgeville, PA 15017
(412) 914-0144 |